UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA

  - against -

HUAWEI TECHNOLOGIES CO., LTD., et al.,

     Defendants.

– – – – – – – – – – – – – – –X

PROTECTIVE ORDER

Docket No. 18-CR-457 (S-3) (AMD)

   The government's request, by its sealed, ex parte letter dated September 2, 2020, to delay certain discovery pursuant to Federal Rule of Criminal Procedure 16(d)(1), is granted.

Dated: Brooklyn, New York
   September __3__, 2020

       s/Ann M. Donnelly
      _____
      HONORABLE ANN M. DONNELLY
      UNITED STATES DISTRICT JUDGE
      EASTERN DISTRICT OF NEW YORK